STATE v. HALL

No. 614P86.

Case below: 81 N.C. App. 650.

Petition by defendant (Horace Stephens) for writ of certiorari to the North Carolina Court of Appeals dismissed as moot 4 November 1986.

STATE v. HOPE

No. 586P86.

Case below: 82 N.C. App. 592.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

STATE v. JAVIER

No. 510P86.

Case below: 82 N.C. App. 149.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

STATE v. MASON

No. 493P86.

Case below: 81 N.C. App. 680.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1986.

STATE v. RODDEY

No. 632P86.

Case below: 81 N.C. App. 680.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 4 November 1986.